# United States Court of Appeals for the Federal Circuit

---

**ACORDA THERAPEUTICS, INC.,**
*Petitioner-Appellant*

**v.**

**ALKERMES PLC,**
*Respondent-Appellee*

---

2023-2374

---

Appeal from the United States District Court for the Southern District of New York in No. 1:23-cv-00223-NRB, Judge Naomi Reice Buchwald.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**TRANSFERRED**

FOR THE COURT

July 25, 2025
Date

Jarrett B. Perlow
Clerk of Court